# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*
_____

950 New Loudon Road, Suite 109, Latham, NY 12110-2100
(518) 786-9069    Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

February 6, 2017

Honorable Chief Judge Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street, 2nd Floor
Poughkeepsie, New York 12601

Re:    In re Catherine E. Santoro,
       Chapter 13 Case No. 16-35910-cgm

Dear Chief Judge Morris:

Please be advised that our Firm represents Hudson Valley Federal Credit Union ("Hudson"), a secured creditor in the above- referenced matter.  On or about July 1, 2016, a Loss Mitigation Order was entered by this Court.  Please allow this letter to serve as an update with respect to the loss mitigation status hearing which is scheduled for February 14, 2017.

The debtor was approved and accepted a trial modification offer which provides for payments as follows:

$1,592.02  by January 1, 2017
$1,592.02 by February 1, 2017
$1,532.02 by March 1, 2017

Hudson confirmed the Debtor paid her February trial payment on February 3, 2017. Hudson has ordered a title review.  As per prior correspondence with Debtor's counsel this letter serves to confirm that in the event the Debtor is offered a final agreement, Marc Santoro will be obligated to sign it.

In light of the trial agreement it is respectfully request the loss mitigation status hearing be adjourned.

Respectfully submitted
 s/ Lisa Milas
Lisa Milas, Esq.

cc:    Michael A. Fakhoury, Esq. *(Via ECF)*

_____

Buffalo Office:  1412 Sweet Home Road, Suite 12, Amherst, NY 14228   (518) 786-9069
Vermont Office:  PO Box 872, 5527 Main Street, Waitsfield, VT 05673   (802) 225-8351
New Jersey Office: 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302  (518) 786-9069
*Lynn T. Nolan, Esq. is admitted to practice in NY and NJ and is the responsible attorney for the law firm's NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York